UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the matter of: | Case No.: 09-30342-dof |
| Grant Allan Cherry | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

  The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Advance America | 12 | 12 | Unsecured | 723305 | $3.96 |

Dated: November 9, 2010

           ___/s/Carl L. Bekofske___
           Carl L. Bekofske,
           Standing Chapter 13 Trustee
           400 N. Saginaw St., Ste 331
           Flint, MI 48502
           Telephone: (810) 238-4675
           Fax: (810) 238-4712
           Email: ECF@flint13.com
           P10645